UST-32, 3-03

DIANE M. MANN
P.O. BOX 12970
SCOTTSDALE, AZ  85267-2970
(480) 451-3053

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| LEGASPI, JOSELITO B. | ) | CASE NO.  10-09110-PHX-GBN |
| LEGASPI, JOANNE V. | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |
| Debtor(s). | ) | **AMENDED** |

DIANE M. MANN, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1007 | 5/4/16 | Discover Bank<br>PO Box 15251<br>Wilmington, DE 19886-5251 | $454.74 |
| 1008 | 5/4/16 | TBF Financial LLC<br>520 Lake Cook Rd., Ste 510<br>Deerfield, IL 60015 | $450.06 |
| 10020 | 5/23/16 | TBF Financial LLC<br>520 Lake Cook Rd., Ste 510<br>Deerfield, IL 60015 | $13.07 |
| 10021 | 5/23/16 | Discover Bank<br>PO Box 15251<br>Wilmington, DE 19886-5251 | $13.21 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $931.08 to the Clerk of Court to be deposited in the Registry thereof.

June 22, 2016                                    /s/ DIANE M. MANN
         DATE                                         DIANE M. MANN, Trustee