UST-32A, 3-03
Diane M. Mann, Trustee
P.O. Box 12970
Scottsdale, AZ 85267-2970
(480) 451-3053

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In Re: | ) | CHAPTER 7 |
| --- | --- | --- |
| | ) | |
| LEGASPI, JOSELITO B. | ) | CASE NO. 10-09110-PHX-GBN |
| LEGASPI, JOANNE V. | ) | |
| | ) | ORDER FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS TO THE |
| | ) | U.S. BANKRUPTCY COURT |
| Debtor(s). | ) | |

Upon application of the Trustee and good cause appearing,

IT IS ORDERED that the Trustee pay over the amount of $931.08 to the Clerk of the Court pursuant to Bankruptcy Rule 3010, and §347 of the Code.

_____     _____
    DATE                                    UNITED STATES BANKRUPTCY JUDGE